Order of the Court to Continue Supervision

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Michigan

UNITED STATES OF AMERICA

      v.

JOJUAN BURNS                 Crim. No.: 08-CR-20289-08

On 11/30/2017, the Court authorized the issuance of a supervised release summons based upon a violation petition citing violations of supervision. The issues of the violations were heard in Court on 01/11/2018, and the Court made the following findings:

__X__ Guilty of violating conditions of supervision, as stated in Counts 1 through 3. Sentencing on the violations suspended without date to determine the offender's future compliance with supervision on zero tolerance basis for additional violations.

Respectfully submitted,

s/David Smith
_____
United States Probation Officer

## ORDER OF THE COURT

Pursuant to the above, it is ordered that the pending violation matter be resolved and supervision in this case be continued. All conditions imposed at the time of sentencing, along with any subsequent modifications to those conditions, remain in effect.

Dated this 12th day of February, 2018.

s/George Caram Steeh
_____
Honorable George Caram Steeh
United States District Judge